**COMPLAINT/REMOVAL DISMISSAL**
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19-MJ-10984           Date _____

USAO No. 2019R01528

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint _____ Removal Proceedings in

*United States v.* Minerva Fuentes Arcos

The Complaint/~~Rule 40 Affidavit~~ was filed on November 21, 2019

✓ *U.S. Marshals please withdraw warrant.*

_____
ASSISTANT UNITED STATES ATTORNEY

Matthew Hellman
(Print name)

**SO ORDERED:**

_____         2/21/20
UNITED STATES MAGISTRATE JUDGE            DATE

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy